# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| HECTOR GEOVANNY RIVERA MUNOZ, | § § § § § § § § | |
| *Petitioner*, | § § | |
| v. | § § § | |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL; TODD LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, EL PASO FIELD DIRECTOR; AND GEORGE DEDOS, WARDEN OF CIBOLA COUNTY CORRECTIONAL CENTER, | § § § § § § § § § § § § | No.  3:25-CV-00571-LS |
| *Respondents*. | § § | |

## ORDER DISMISSING CASE

Upon consideration of Plaintiff's Motion to Dismiss,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 22, 2026.

                    **LEON SCHYDLOWER**
                    **UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 14.